**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6695**

———————

WALTER THOMAS GODBEY,

        Plaintiff – Appellant,

    v.

HUBERT SIMMONS, Correctional Officer; PAUL J. MASTERSON,
Detective,

        Defendants – Appellees,

    and

FEDERAL BUREAU OF PRISONS; PRINCE WILLIAM COUNTY POLICE
DEPARTMENT,

        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge. (1:11-cv-00704-TSE-TCB)

———————

Submitted:  June 13, 2013        Decided:  June 18, 2013

———————

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Walter Thomas Godbey, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Thomas Godbey seeks to appeal the district court's order denying his motion to reconsider the court's prior order partially dismissing his civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Godbey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED